BENJAMIN C. DURHAM
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO: 2:16-mj-152 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION & [PROPOSED] ORDER** |
| | ) **TO MODIFY CONDITIONS OF RELEASE** |
| RONNIE GLORIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between NADIA AHMED, Assistant United States Attorney, counsel for Plaintiff, and BENJAMIN C. DURHAM, counsel for Defendant, that Mr. Gloria's conditions of release be modified as follows:

That condition (41) be removed and that condition (42) be imposed: "The defendant shall refrain from the excessive use of alcohol." All other conditions shall remain in force.

This Stipulation is entered into for the following reasons:

1. Mr. Gloria has been in full compliance with his conditions of release.

2. Pretrial Services has requested and approved this modification.

/ / /

/ / /

DATED this 24th day of June, 2016.

| BENJAMIN DURHAM LAW FIRM | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| /s/ | /s/ |
| BENJAMIN DURHAM<br>Nevada Bar No. 7684<br>601 S. 10th St.<br>Las Vegas, NV 89101<br>Attorney for Defendant | NADIA AHMED<br>Assistant United States Attorney<br>501 Las Vegas Blvd South, Suite 1100<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff |

BENJAMIN C. DURHAM
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) CASE NO: 2:16-mj-152 |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) **ORDER** |
| RONNIE GLORIA, | ) |
|  | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED that the Defendant's conditions of release be modified to remove condition (41) and impose condition (42): "The defendant shall refrain from the excessive use of alcohol." All other conditions shall remain in force.

DATED: June 27, 2016

_____
UNITED STATES MAGISTRATE JUDGE