# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court No.: 2:16-mj-00152-NJK |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| RONNIE GLORIA, | (Fifteenth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Nadia Ahmed, Assistant United States Attorney, counsel for the United States of America, and Benjamin Durham, Esquire, counsel for defendant **RONNIE GLORIA** that the preliminary hearing in the above-captioned matter, currently scheduled for January 22, 2018, at the hour of 4:00 p.m., be vacated and continued for thirty (30) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. Counsel for the government will be out of the district and will not be available for the preliminary hearing.

2. Defendant is not in custody and does not object to the continuance.

3. Denial of this request for continuance of the preliminary hearing would prejudice both the defendant the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

6. This is the fifteenth (15) request for continuance of the preliminary hearing.

DATED this 22 day of January, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ Benjamin C. Durham  /s/ Nadia Ahmed

BENJAMIN C. DURHAM, ESQ  NADIA AHMED
Counsel for defendant  Assistant United States Attorney
**RONNIE GLORIA**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:16-mj-00152-NJK |
| Plaintiff, | |
| vs. | ORDER CONTINUING PRELIMINARY HEARING |
| RONNIE GLORIA, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for January 22, 2018, at the hour of 4:00 p.m., be vacated and continued to February 26, 2018, at 4:00 p.m., in Courtroom 3C.

NO FURTHER EXTENSIONS WILL BE GRANTED.

DATED this __22nd__ day of January, 2018

_____
UNITED STATES MAGISTRATE JUDGE