# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court No.: 2:16-mj-00152-NJK |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| RONNIE GLORIA, | (Seventeenth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Nadia Ahmed, Assistant United States Attorney, counsel for the United States of America, and Benjamin Durham, Esquire, counsel for defendant **RONNIE GLORIA** that the preliminary hearing in the above-captioned matter, currently scheduled for April 9, 2018, at the hour of 4:00 p.m., be vacated and continued for 30 days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties have reached a resolution in this case. Counsel for the defendant needs additional time review the plea agreement with the defendant.

2. Counsel for the government has been out of the district due to family illness and is expected to return on April 9, but will need additional time to prepare for the hearing if it goes forward.

1

3. In the event that the plea does not move forward the defendant will need additional time to prepare for the preliminary hearing.

4. Defendant is not in custody and does not object to the continuance.

5. Denial of this request for continuance of the preliminary hearing would prejudice both the defendant the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

8. This is the seventeenth (17th) request for continuance of the preliminary hearing.

DATED this 5th day of April, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ Benjamin C. Durham

BENJAMIN C. DURHAM, ESQ
Counsel for defendant
**RONNIE GLORIA**

/s/ Nadia Ahmed

NADIA AHMED
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:16-mj-00152-NJK |
| Plaintiff, | |
| vs. | ORDER CONTINUING PRELIMINARY HEARING |
| RONNIE GLORIA, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for April 9, 2018, at the hour of 4:00 p.m., be vacated and continued to May 14, 2018, at 4:00 p.m., in Courtroom 3A.

DATED this 9th day of April, 2018

_____
UNITED STATES MAGISTRATE JUDGE